# UNITED STATES DISTRICT COURT
for the
Middle District of North Carolina
Division



| | |
|---|---|
| Cinnamon N. Hunter | Case No. 1:25CV1073 |
| *Plaintiff(s)* | *(to be filled in by the Clerk's Office)* |
| (Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | Jury Trial: *(check one)* ☒ Yes ☐ No |
| -v- | |
| Belk, Inc. | |
| *Defendant(s)* | |
| (Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.) | |

## COMPLAINT FOR EMPLOYMENT DISCRIMINATION

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Cinnamon N. Hunter |
   | Street Address | 2424 Wildcrest Court |
   | City and County | High Point, Guilford |
   | State and Zip Code | NC 27265 |
   | Telephone Number | 336-706-4388 |
   | E-mail Address | |

**B.     The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1
  Name                          Belk, Inc.
  Job or Title *(if known)*
  Street Address                2801 W Tyvola Road
  City and County               Charlotte, Mecklenberg
  State and Zip Code            NC 28217-4500
  Telephone Number              (704) 357-1000
  E-mail Address *(if known)*

Defendant No. 2
  Name                          Suzanna Barth
  Job or Title *(if known)*     Store Manager
  Street Address                2801 W Tyvola Road
  City and County               Charlotte, Mecklenberg
  State and Zip Code            NC 28217-4500
  Telephone Number              (704) 357-1000
  E-mail Address *(if known)*

Defendant No. 3
  Name                          Angela Mishoe Lequire
  Job or Title *(if known)*     Human Resource Manager
  Street Address                4135 Brian Jordan Place
  City and County               High Point, Guilford
  State and Zip Code            NC 27265
  Telephone Number              (336) 884-8512
  E-mail Address *(if known)*

Defendant No. 4
  Name
  Job or Title *(if known)*
  Street Address
  City and County
  State and Zip Code

Telephone Number _____

E-mail Address *(if known)* _____

### C. Place of Employment

The address at which I sought employment or was employed by the defendant(s) is

| | |
|---|---|
| Name | Belk |
| Street Address | 4135 Brian Jordan Place |
| City and County | High Point, Guilford |
| State and Zip Code | NC 27265 |
| Telephone Number | (336) 884-8512 |

## II. Basis for Jurisdiction

This action is brought for discrimination in employment pursuant to *(check all that apply)*:

☒ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (race, color, gender, religion, national origin).

*(Note: In order to bring suit in federal district court under Title VII, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621 to 634.

*(Note: In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file a charge with the Equal Employment Opportunity Commission.)*

☐ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112 to 12117.

*(Note: In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a Notice of Right to Sue letter from the Equal Employment Opportunity Commission.)*

☐ Other federal law *(specify the federal law)*:

☐ Relevant state law *(specify, if known)*:

☐ Relevant city or county law *(specify, if known)*:

facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. The discriminatory conduct of which I complain in this action includes *(check all that apply)*:

- ☐ Failure to hire me.
- ☐ Termination of my employment.
- ☐ Failure to promote me.
- ☐ Failure to accommodate my disability.
- ☒ Unequal terms and conditions of my employment.
- ☐ Retaliation.
- ☐ Other acts *(specify)*: _____

*(Note: Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.)*

B. It is my best recollection that the alleged discriminatory acts occurred on date(s)
November 2022-August 2025

C. I believe that defendant(s) *(check one)*:

- ☐ is/are still committing these acts against me.
- ☒ is/are not still committing these acts against me.

D. Defendant(s) discriminated against me based on my *(check all that apply and explain)*:

- ☒ race _____
- ☒ color _____
- ☒ gender/sex _____
- ☐ religion _____
- ☐ national origin _____
- ☐ age *(year of birth)* _____ *(only when asserting a claim of age discrimination.)*
- ☐ disability or perceived disability *(specify disability)* _____

E. The facts of my case are as follows. Attach additional pages if needed.

## IV. Exhaustion of Federal Administrative Remedies

A. It is my best recollection that I filed a charge with the Equal Employment Opportunity Commission or my Equal Employment Opportunity counselor regarding the defendant's alleged discriminatory conduct on *(date)*

01/19/2024

B. The Equal Employment Opportunity Commission *(check one)*:

☐ has not issued a Notice of Right to Sue letter.

☒ issued a Notice of Right to Sue letter, which I received on *(date)*  8/26/2025  .

*(Note: Attach a copy of the Notice of Right to Sue letter from the Equal Employment Opportunity Commission to this complaint.)*

C. Only litigants alleging age discrimination must answer this question.

Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding the defendant's alleged discriminatory conduct *(check one)*:

☐ 60 days or more have elapsed.

☐ less than 60 days have elapsed.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

As a Belk employee, my hourly wage is/has been $15 an hour. The reduction in hours scheduled resulted in earning $933.89 in 2023 (as reported on 2024 W-2), the first year under Ms. Barth's management. In the years prior, to Ms. Barth's management, I earned $3422.16 (as reported on Social Security Wages 2023 W-2) and $3589.65 (as reported on Social Security Wages 2022 W-2). Average difference of $2500 x 5= economic damage $12,500 + plus a $1 wage increase of $200/yr; The compensatory damages of $12,700 and punitive damages of $40,000 are requested for relief from the financial, emotional, and mental damages that have been endured. Total damages requested: $52,700.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/24/2025

Signature of Plaintiff

Printed Name of Plaintiff    Cinnamon N. Hunter

### B. For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number            _____
Name of Law Firm      _____
Street Address        _____
State and Zip Code    _____
Telephone Number      _____
E-mail Address        _____

# U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

Charlotte District Office
129 West Trade Street, Suite 400
Charlotte, NC 28202
(980) 296-1250
Website: www.eeoc.gov

## DETERMINATION AND NOTICE OF RIGHTS
(This Notice replaces EEOC FORMS 161, 161-A & 161-B)

Issued On: 08/26/2025

**To:** Cinnamon Hunter
2424 Wildcrest Court
High Point, NC 27265
Charge No: 435-2023-01363

EEOC Representative and email:  ROSEMARY CADDLE
SENIOR INVESTIGATOR
ROSEMARY.CADDLE@EEOC.GOV

## DETERMINATION AND NOTICE OF RIGHTS

The EEOC issues the following determination: The EEOC will not proceed further with its investigation and makes no determination about whether further investigation would establish violations of the statute. This does not mean the claims have no merit. This determination does not certify that the respondent is in compliance with the statutes. The EEOC makes no finding as to the merits of any other issues that might be construed as having been raised by this charge.

## NOTICE OF YOUR RIGHT TO SUE

This is official notice that the EEOC has dismissed your charge and has issued you notice of your right to sue the respondent(s) on this charge. If you choose to file a lawsuit against the respondent(s) on this charge under federal law in federal or state court, **your lawsuit must be filed WITHIN 90 DAYS of your receipt of EEOC's official notice of dismissal.** You should keep a record of the date you received the EEOC's official notice of dismissal. Your right to sue based on this charge will be lost if you do not file a lawsuit in court within 90 days. (The time limit for filing a lawsuit based on a claim under state law may be different.)

If you file a lawsuit based on this charge, please sign-in to the EEOC Public Portal and upload the court complaint to charge 435-2023-01363

On behalf of the Commission,

Digitally Signed By:Elizabeth "Betsy" Rader
08/26/2025
Elizabeth "Betsy" Rader
District Director

Cc:
**Belk**
c/o David Warren
Ogletree Deakins
420 20th Street North, Suite 1900
Birmingham, AL 35209

Please retain this Notice for your records.